IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:10CR78 ALM/KPJ |
| ADAM JENNINGS | § § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on August 15, 2019, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson. The Government was represented by Marisa Miller.

On May 17, 2005, Defendant was sentenced by the Honorable Richard Schell, United States District Judge, to a sentence of one hundred twenty (120) months imprisonment followed by a five (5) year term of supervised release for the violation of 18 U.S.C. § 2252, Transportation of Child Pornography.

On July 8, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 59).  The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense; (3) Defendant shall answer

1

truthfully all inquiries by the probation officer and follow the instructions of the probation officer; (4) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (5) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as Defendant is released from the program by the probation officer; (6) under the guidance and direction of the U.S. Probation Office, Defendant shall participate in a sex offender treatment program which may include the application of physiological testing instructions; (7) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as Defendant is released form the program by the probation officer; and (8) Defendant shall not purchase, possess, have contact with, or use devices to include cellular telephones with photographic capability; cellular telephones with internet capability; computers, computer peripherals; laptop computers; iPods; Personal Digital Assistants (PDAs); portable data storage devices such as thumb drives and Flash memory; or any other type of portable electronic device that is capable of communicating data via modem, wireless, or dedicated connection; Defendant shall also refrain from the purchase, possession, or use of digital cameras; digital recorders; or any other type of recording and/or photographic equipment.

The Petition asserts Defendant violated these conditions because: (1) on June 27, 2019, Defendant failed to report to his appointment with Plano Police Department ("Plano PD") and update his sex offender registry status after his relocation to Plano, Texas, on or about June 18, 2019; (2) Defendant failed to follow the instructions of the probation officer by failing to report as instructed on May 23, May 28, June 25, and June 26, 2019; (3) on May 7, 2019, Defendant

was instructed to cease all alcohol consumption while on supervised release; however, on May 28, 2019, Defendant admitted both verbally and in writing to alcohol consumption on May 28, 2019, and failed to follow the instructions of the probation officer; (4) on May 10, 2019, Defendant was instructed to contact Lifepath Systems, a state funded behavioral health center for residents of Collin County, in order to be evaluated for and receive continuum of his phychotropic medication regiment, and as of the filing of the petition on July 8, 2019, Defendant has not provided verification of contact with Lifepath Systems; (5) on May 1, 2019, Fairview Police Department ("Fairview PD") conducted a welfare check at Defendant's residence, and, while Fairview PD spoke to Defendant he lost consciousness twice; Fairview PD advised they were able to detect the odor of alcohol on Defendant; (6) on June 25, 2019, Defendant failed to report to Fletcher Counseling, Plano, Texas, for his initial individual substance abuse outpatient counseling session as instructed, and, as of July 8, 2019, Defendant had not rescheduled the missed session; (7) on June 4 and 25, 2019, Defendant failed to attend sex offender group counseling at the Office of Liles Arnold, Plano, Texas, as instructed; (8) on May 14, May 18, May 22, May 28, June 3, and June 29, 2019, Defendant failed to report as instructed for random drug testing at OnScene Drugscreens, McKinney, Texas; (9) on June 24, 2019, Plano PD responded to Defendant's temporary residence, a motel room, and a laptop was observed on the bed with Defendant; and (10) on June 25, 2019, Plano PD arrived at Defendant's motel room and observed Defendant sitting in front of a laptop on his bed, and Defendant verbally admitted to use of the laptop. *See* Dkt. 59.

At the hearing on August 15, 2019, Defendant entered a plea of true to violation of allegations one and two (1–2). Defendant waived his right to allocute before the district judge

and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

### **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the August 15, 2019 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, to be served consecutively to any other sentence, with five (5) years of supervised release to follow, with the first six (6) months of supervised release to be served in an alternative residential facility.

**SIGNED this 16th day of August, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE